MICHAEL J. GARCIA, CITY ATTORNEY
ANN M. MAURER, CHIEF ASSISTANT CITY ATTORNEY, SBN: 179649
CARL B. ARIAS, PRINCIPAL ASSISTANT CITY ATTORNEY, SBN: 205068
613 E. Broadway, Suite 220
Glendale, CA  91206
Telephone:  (818) 548-2080
Facsimile:  (818) 547-3402
Email: carias@glendaleca.gov

Attorneys for Defendant,
CITY OF GLENDALE

## UNITED STATES DISRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN HAYRAPETYAN, an individual; ARAKSYA KARAPETYAN, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF GLENDALE; and DOES 1 - 100, Inclusive, <br><br> Defendants. | Case No.:  2:24-cv-06699 <br> Superior Court Case No.: 24NNCV01565 <br><br> **DEFENDANT'S NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT PURUSANT TO 28 U.S.C. §1441(A)** <br><br> **(FEDERAL QUESTION)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO PLAINTIFFS' AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendant City of Glendale, ("Defendant") hereby removes to this Court the state court action described below.

1. On May 13, 2024, an action was commenced in the Superior Court of the State of California in and for the County of Los Angeles, Central District, Los Angeles entitled Karen Hayrapetyan, et al. v. City of Glendale, and Does 1 - 100, Defendants, as case number 24NNCV01565, attached hereto as exhibit "A".

///

///

1

2.    The first date upon which defendant received a copy of the said complaint was July 8, 2024, when defendant was served with a copy of said complaint and a summons from the state court.  A copy of the summons is attached hereto as Exhibit "B"

3.    This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1331 and is one which may be removed to this Court by defendants pursuant to the provisions of 28 U.S.C. §1441(b) in that is arises under 42 U.S.C. §1983.

4.    Attached hereto as Exhibit "C" are copies of all other pleadings served in this action.

DATED:  August 7, 2024

MICHAEL J. GARCIA, CITY ATTORNEY

By: _____
     CARL B. ARIAS
     Attorneys for Defendants

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to this action.  My business address is 613 East Broadway, Suite 220, Glendale, California 91206.

On August 7, 2024, I served the foregoing document described as **DEFENDANT'S NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT PURUSANT TO 28 U.S.C. §1441(A)** on THE INTERESTED PARTIES named below by enclosing a copy in a sealed envelope addressed as follows:

| | |
|---|---|
| Haik Beloryan, Esq.<br>BELORYAN & MANUKYAN, LLP<br>4730 Woodman Avenue, Suite 405<br>Sherman Oaks, CA 91423<br>*beloryanlaw@gmail.com* | Attorneys for Plaintiffs, KAREN HAYRAPETYAN and ARAKSYA KARAPETYAN |

[ ]     **(BY MAIL)**  I <u>deposited</u> the envelope with the United States Postal Service with the postage fully prepaid.

[ ]     **(BY MAIL)**  I <u>placed</u> the envelope for collection and mailing on the date shown above, at this office, in Glendale, California, following our ordinary business practices.

I am readily familiar with this office's practice of collecting and processing correspondence for mailing.  On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service in a sealed envelope with postage fully prepaid.

[ ]     **(BY FACSIMILE)** By transmitting a copy of the above listed document by a "FAX" machine to the FAX number listed above and/or on the attached mailing list.

[X]     **(BY E-MAIL)** By transmitting a copy of the above listed document via e-mail to the e-mail address listed above and/or on the attached mailing list.

[ ]     **(BY OVERNIGHT DELIVERY)** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses listed above.  I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

[ ]     **(BY PERSONAL SERVICE)**  I caused such envelope to be delivered by hand to the offices of the addressee.

[X]     **(State)**  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 7, 2024, at Glendale, California.

_____
Kristina Nazarian

3